1  ~~WILLIAM M. KUNTZ  # 153052~~
   ~~Attorney at Law~~
2  ~~4780 Arlington Avenue~~
   ~~Riverside, CA 92504~~
3  ~~(951) 343-3400~~
   ~~Fax (951) 343-4004~~
4  ~~E-Mail: KuntzSSlaw@sbcglobal.net~~
   ~~Attorney for Plaintiff~~

```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

      JUN - 6 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY
```

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| TAMMERA L. GARNER, | CASE NO.: **EDCV 11-0990 AN** |
| Plaintiff, | ~~[PROPOSED]~~ ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND THREE HUNDRED SEVENTY-FIVE DOLLARS and no/cents ($2,375.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED:   June 6, 2012

*[signature]*

UNITED STATES MAGISTRATE JUDGE